# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Gilman, Ronald L. | **2. Court or Organization**<br><br>U. S. Court of Appeals, Sixth Circuit | **3. Date of Report**<br><br>03/25/2020 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>U. S. Circuit Judge (Senior Status) | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>167 North Main Street, Suite 1176<br>Memphis, TN 38103 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/25/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/25/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gilman, Ronald L.** | 03/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Gulf Housing Ltd. Partnership (5 apt. projects in Ala. and Miss.) | A | Interest | J | W | | | | | |
| 2. | C | Rent | | | | | | | |
| 3. FedTrust Federal Credit Union (cash-equivalent) | A | Interest | K | T | | | | | |
| 4. Schwab Cash & Bank Sweep (cash-equivalent) | A | Interest | K | T | | | | | |
| 5. Barclays Bank iPath Pure Beta | | None | L | T | | | | | |
| 6. Barclays ETN Shiller CAPE | | None | | | Sold | 02/08/19 | L | | |
| 7. Blackrock Strategic Income Opportunities Portfolio | A | Dividend | | | Sold | 06/28/19 | K | A | |
| 8. | | | K | T | Buy | 12/10/19 | K | | |
| 9. Charles Schwab U.S. REIT | C | Dividend | L | T | Sold (part) | 06/28/19 | J | B | |
| 10. DFA Emerging Markets Core Equity Portfolio | C | Dividend | M | T | Sold (part) | 06/28/19 | J | B | |
| 11. DFA International Core Equity | D | Dividend | N | T | | | | | |
| 12. DFA U.S. Small Cap Value | C | Dividend | M | T | | | | | |
| 13. Doubleline Shiller Enhanced CAPE | C | Dividend | L | T | Buy | 02/08/19 | L | | |
| 14. | | | | | Sold (part) | 06/28/19 | K | B | |
| 15. Fidelity Money Market Premium Class | B | Dividend | L | T | Buy | 04/16/19 | M | | |
| 16. | | | | | Sold (part) | 06/03/19 | M | | |
| 17. | | | | | Buy (add'l) | 07/02/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/19/19 | J | | |
| 19. | | | | | Buy (add'l) | 08/21/19 | J | | |
| 20. Fidelity Large Cap Enhanced Index | | None | | | Sold | 04/16/19 | L | D | |
| 21. Fidelity Mid Cap Enhanced Index | | None | | | Sold | 04/16/19 | L | C | |
| 22. Fidelity Select IT Services Portfolio | C | Dividend | M | T | Buy | 06/03/19 | M | | |
| 23. Fidelity Select Software & IT Services | D | Dividend | | | Buy (add'l) | 01/03/19 | K | | |
| 24. | | | | | Sold | 04/16/19 | L | D | |
| 25. Global X FDS MSCI China Financials Fund | A | Dividend | | | Buy | 02/19/19 | J | | |
| 26. | | | | | Sold | 08/19/19 | J | | |
| 27. Goldman Sachs Note - S&P 500 due 5/23/19 | | None | | | Matured | 05/23/19 | M | D | |
| 28. Goldman Sachs Growth Equity Linked Note due 7/9/20 | | None | M | T | Buy | 06/03/19 | M | | |
| 29. Invesco S&P 500 Quality | B | Dividend | M | T | Sold (part) | 06/28/19 | J | C | |
| 30. iShares Edge MSCI Int'l Quality | | None | | | Sold | 06/12/19 | J | | |
| 31. iShares S&P Midcap 400 Value | C | Dividend | M | T | Sold (part) | 06/28/19 | K | C | |
| 32. iShares Tr. Russell 3000 Index | E | Dividend | P1 | T | Sold (part) | 06/28/19 | K | E | |
| 33. | | | | | Sold (part) | 12/10/19 | K | E | |
| 34. JP Morgan Strategic Income Opportunity Port. | A | Dividend | J | T | Buy | 12/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JP Morgan Tax Aware Real Return | A | Dividend | | | Sold | 06/28/19 | K | A | |
| 36. JP Morgan Ultra-Short Income | A | Dividend | | | Sold | 06/28/19 | J | A | |
| 37. Matthews Asia Growth | A | Dividend | L | T | Buy | 01/30/19 | L | | |
| 38. Morgan Stanley Note Zero CPN due 2/25/20 | | None | L | T | | | | | |
| 39. Pimco Enhanced Short Maturity Strategy | A | Dividend | K | T | | | | | |
| 40. Stone Ridge Alt. Lending Risk Premium | B | Dividend | K | T | | | | | |
| 41. Stone Ridge Reinsurance Risk Premium Interval | B | Dividend | M | T | | | | | |
| 42. T Rowe Price Summit Int. Term Bond | D | Interest | M | T | Sold (part) | 06/28/19 | L | B | |
| 43. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 44. Thornburg Ltd. Term Muni | C | Interest | M | T | Sold (part) | 06/28/19 | K | | |
| 45. Tortoise MLP & Pipeline | A | Dividend | | | Sold | 06/28/19 | J | | |
| 46. Tortoise North American Pipeline | C | Dividend | L | T | | | | | |
| 47. Vanguard FTSE Pacific | | None | | | Sold | 01/30/19 | L | | |
| 48. Vanguard International Dividend | B | Dividend | L | T | Sold (part) | 06/28/19 | J | B | |
| 49. Vanguard Ltd. Term Tax Exempt (Admiral Share) | B | Interest | L | T | Sold (part) | 07/01/19 | J | | |
| 50. Vanguard Real Estate | A | Dividend | | | Sold | 06/28/19 | J | A | |
| 51. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gilman, Ronald L.** | 03/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 52.  IRA #1 (H) | | | | | | | | | |
| 53.  - Schwab Cash & Bank Sweep (cash-equivalent) | A | Interest | J | T | | | | | |
| 54.  - Blackrock Strategic Income Opportunities Portfolio | B | Dividend | L | T | Sold (part) | 03/11/19 | J | | |
| 55.  - DFA Int'l Core Equity | C | Dividend | M | T | Sold (part) | 06/28/19 | K | B | |
| 56.  - DFA Int'l Small Company Port. | C | Dividend | M | T | | | | | |
| 57.  - DFA U.S. Small Cap Value | C | Dividend | L | T | Sold (part) | 12/10/19 | K | C | |
| 58.  - JP Morgan Strategic Income Oppty. | B | Dividend | K | T | Sold (part) | 06/28/19 | J | | |
| 59.  -JP Morgan Tax Aware Real Return | A | Dividend | K | T | Buy | 06/28/19 | K | | |
| 60.  - Stone Ridge Alt. Lending Risk Premium | B | Dividend | K | T | | | | | |
| 61. | | | | | | | | | |
| 62.  IRA #2 (H) | | | | | | | | | |
| 63.  -Schwab Cash & Bank Sweep (cash-equivalent) | A | Interest | J | T | | | | | |
| 64.  -DFA Int'l Small Company Portfolio | A | Dividend | | | Sold | 12/10/19 | J | A | |
| 65.  -Dodge & Cox Income Fund | A | Dividend | J | T | Buy | 06/28/19 | J | | |
| 66.  Flexshares iBoxx 5-year Tips Index | A | Dividend | | | Sold | 06/28/19 | J | A | |
| 67.  -Goldman Sachs Equity linked Note due 5/23/19 | | None | | | Matured | 05/23/19 | K | B | |
| 68.  -Goldman Sachs Gr. Equity Linked Note due 7/9/20 | | None | K | T | Buy | 06/03/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -JP Morgan Strategic Income Opportunity | A | Dividend | K | T | | | | | |
| 70. -Matthews Asia Growth | A | Dividend | K | T | | | | | |
| 71. - Stone Ridge Alt. Lending Risk Premium | C | Dividend | L | T | | | | | |
| 72. -Stone Ridge Reinsurance Risk Premium Interval | A | Dividend | J | T | | | | | |
| 73. | | | | | | | | | |
| 74. College Savings Plan (529 account) for Grandchild #1 (H) | | | | | | | | | |
| 75. - Fidelity/Delaware Money Market | | None | M | T | | | | | |
| 76. | | | | | | | | | |
| 77. College Savings Plan (529 account) for Grandchild #2 (H) | | | | | | | | | |
| 78. - Fidelity/Delaware Total Market Index Fund | | None | | | Sold | 04/16/19 | M | F | |
| 79. -Fidelity/Delaware Money Market | | None | M | T | Buy | 04/16/19 | M | | |
| 80. | | | | | | | | | |
| 81. College Savings Plan (529 account) for Grandchild #3 (H) | | | | | | | | | |
| 82. - Fidelity/Delaware Total Market Index Fund | | None | K | T | Sold (part) | 04/17/19 | M | E | |
| 83. -Fidelity/Delaware Money Market | | None | M | T | Buy | 04/17/19 | M | | |
| 84. | | | | | | | | | |
| 85. College Savings Plan (529 account) for Grandchild #4 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Fidelity/Delaware Total Market Index Fund | | None | K | T | Sold (part) | 04/17/19 | M | E | |
| 87. -Fidelity/Delaware Money Market | | None | M | T | Buy | 04/17/19 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 74-87.  I have shown "None" for "Income during reporting period" for these college savings plans (Sec. 529 accounts) because that information is not generated by Fidelity Investments due to the tax free nature of the accounts.

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/25/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Ronald L. Gilman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544